**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**UNITED STATES**                                               **PLAINTIFF/RESPONDENT**

**V.**                       **CASE NO. 5:22-CR-50008-001**

**SPENCER MASON**                                **DEFENDANT/PETITIONER**

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 49) filed in this case on March 13, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, Defendant's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Doc. 45), is **DENIED** and **DISMISSED WITH PREJUDICE**. Further, a request for a certificate of appealability will be denied if sought.

**IT IS SO ORDERED** on this 2nd day of April, 2024.

                                             */s/ Timothy L. Brooks*
                                             TIMOTHY L. BROOKS
                                             UNITED STATES DISTRICT JUDGE